```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12847
    GERALDINE T BUSCH
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-4911
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/18/07 and confirmed on 12/17/07.

2. The case was dismissed after confirmation, 12/18/2008.

3. The Debtor paid a total of $  9539.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 5240.72 | .00 | 5240.72 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 800.00 | 8.89 | 800.00 |
| AAA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SERVI | UNSECURED | 27796.38 | .00 | .00 |
| TRICAP INVESTMENT PARTNE | UNSECURED | 2586.44 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 2830.00 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 1282.99 | .00 | .00 |
| HOFFMAN ESTATES MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | FILED LATE | .00 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA HEALTH CTR FOR D | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 704.18 | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| TRG ACCOUNT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL IN  UNSECURED       1208.36              .00           .00
WELLS FARGO FINANCIAL      UNSECURED     NOT FILED             .00           .00
ASSET ACCEPTANCE CORP      UNSECURED       1952.88             .00           .00
TRICAP INVESTMENT PARTNE   UNSECURED       3259.76             .00           .00
       Summary of disbursements:
----------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      6040.72          .00     41620.99         .00    47661.71
PRINCIPAL PAID          6040.72          .00          .00         .00     6040.72
INTEREST PAID              8.89          .00          .00         .00        8.89
TOTAL PAID              6049.61          .00          .00         .00     6049.61
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $     489.39 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 12847 GERALDINE T BUSCH